[No. 43413-0-II.  Division Two.  March 11, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIELLE PRICE NEWTON, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 11-1-02073-8, Scott A. Collier, J., entered May 4, 2012. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Penoyar, J. Pro Tem., concurred in by Maxa and Lee, JJ.

[No. 43788-1-II.  Division Two.  March 11, 2014.]

*In the Matter of the Marriage of* JEANNE MARIE HARRIS, *Appellant,* and ROGER DUANE KELL, *Respondent.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 08-3-00609-8, Michael H. Evans, J., entered July 6, 2012. *Affirmed* by unpublished opinion per Lee, J., concurred in by Maxa, J., and Penoyar, J. Pro Tem.

[No. 43834-8-II.  Division Two.  March 11, 2014.]

WILLIE E. YOUNG, *Respondent*, v. MICHAEL A. CALLAHAM ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for Pierce County, No. 11-2-09426-5, Susan Serko, J., entered August 15, 2012. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Johanson and Bjorgen, JJ.

[No. 44296-5-II.  Division Two.  March 11, 2014.]

*In the Matter of the Marriage of* ANN E. MILLS, *Petitioner,* and PAUL WIERENGA, *Respondent.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 09-3-00368-8, F. Mark McCauley, J., entered November 13, 2012. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Worswick, C.J., and Lee, J.